DECEMBER 12, 1967.

No. 774. UNITED STATES v. BECKHAM. Ct. Cl. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Solicitor General Griswold, Assistant Attorney General Weisl, John C. Eldridge* and *Robert V. Zener* for the United States. *Paul R. Harmel* for respondent.

DECEMBER 18, 1967.

No. 21. ZSCHERNIG ET AL. v. MILLER, ADMINISTRATOR, ET AL. Appeal from Sup. Ct. Ore. Motion of appellants for leave to file supplemental memorandum after argument granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Peter A. Schwabe, Jr.,* on the motion. [For earlier order herein, see 386 U. S. 1030.]

No. 237. BIGGERS v. TENNESSEE. Sup. Ct. Tenn. (Certiorari granted, 388 U. S. 909.) Motion of respondent for leave to file supplemental brief granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Deputy Attorney General, for respondent.

No. 618. FORTNIGHTLY CORP. v. UNITED ARTISTS TELEVISION, INC. C. A. 2d Cir. (Certiorari granted, *ante,* p. 969.) Motion of the United States, as *amicus curiae,* to postpone oral argument denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Solicitor General Griswold* on the motion. *Louis Nizer, Gerald Meyer* and *Lawrence S. Lesser* for respondent in opposition.